**Dismissed and Opinion Filed January 19, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00401-CV

### LRF1 DALLAS LOGISTICS 1 LLC, Appellant
### V.
### CITY OF CARROLLTON AND BRETT KING, BUILDING OFFICIAL OF THE CITY, IN HIS OFFICIAL CAPACITY, Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-09123**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Goldstein
Opinion by Justice Partida-Kipness

Before the Court is the parties' joint motion to dismiss the appeal based on settlement. *See* TEX. R. APP. P. 42.1(a). We grant the motion and dismiss the appeal. *See id.*

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
200401F.P05                 JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LRF1 DALLAS LOGISTICS 1 LLC,
Appellant

No. 05-20-00401-CV      V.

CITY OF CARROLLTON AND
BRETT KING, BUILDING
OFFICIAL OF THE CITY, IN HIS
OFFICIAL CAPACITY, Appellees

On Appeal from the 14th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-09123.
Opinion delivered by Justice Partida-Kipness. Justices Pedersen, III and
Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

As agreed by the parties, we **ORDER** that each party bear its own costs of this appeal.

Judgment entered this 19th day of January, 2021.